### 17244.　ROBERTS *v.* THE STATE.

BROYLES, C. J.　The accused was convicted of the offense of buying seed-cotton after sunset and before sunrise.　The only evidence tending to show his guilt was an alleged confession, not corroborated by any other evidence.　It is well-settled law in this State that a confession by the accused is not in itself sufficient to establish the corpus delicti, and that the corpus delicti must be proved before the accused can be lawfully convicted.　*Davenport* v. *State,* 12 *Ga. App.* 102, 104 (76 S. E. 756).　It follows that the defendant's conviction was unauthorized, and that the overruling of his motion for a new trial was error.

*Judgment reversed.　Luke and Bloodworth, JJ., concur.*

DECIDED MAY 12, 1926.

Conviction of unlawful sale of seed-cotton; from city court of Danielsville—Judge Murray.　February 5, 1926.

*Comers G. Moore,* for plaintiff in error.

*R. Howard Gordon, solicitor,* contra.

---

Criminal Law, 16 C. J. p. 771, n. 26; p. 772, n. 27.